**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICAN OVERSIGHT, *Plaintiff*, v. U.S. GENERAL SERVICES ADMINISTRATION, *Defendant*. | ) | Case No. 17-cv-1267 (BAH) |

**PLAINTIFF'S OPPOSITION TO MOTION FOR EXTENSION OF TIME**

Plaintiff American Oversight respectfully opposes Defendant's Motion for Three Day Extension of Time to File Reply in Support of Motion for Summary Judgment and Opposition to Cross-Motion for Summary Judgment, ECF No. 19, for the reasons that follow.

1. On October 10, 2017, the parties proposed a joint schedule to the Court with Defendant's Reply and Cross-Opposition due on January 12, 2018. ECF No. 10.

2. Plaintiff filed its Opposition and Cross-Motion for Summary Judgment on December 22, 2017. ECF Nos. 14 & 15.

3. Defendant received its first extension for its Reply and Cross-Opposition, with Plaintiff's consent, on January 9, 2018, with a new deadline of January 22, 2018.

4. On January 22, 2018, the day on which Defendant's brief was then due, Defendant sought, with Plaintiff's consent, a second extension due to the government shutdown. ECF No. 17.

5. On January 24, 2018, the Court ordered Defendant's brief due on Friday, January 26, 2018.

6. At 5:12 pm on January 26, 2018, counsel for Defendant sought Plaintiff's consent to an extension of time.

7. Counsel for Plaintiff responded eighteen minutes later at 5:30 pm noting that the brief was already two weeks past the date it was originally due; that Plaintiff would consent to a final extension to January 30, 2018; and that Plaintiff "will not consent to any extensions beyond next Tuesday, January 30."

8. Defendant filed an unopposed motion for its third extension of time with a new deadline of January 30, 2018. ECF No. 18.

9. By minute order on January 26, 2018, the Court ordered Defendant's brief due on January 30, 2018.

10. On January 30, 2018, again the date on which Defendant's brief was due, Defendant's counsel emailed Plaintiff's counsel at 3:59 pm seeking an extension of time until Friday, February 2, 2018.

11. Shortly thereafter, Plaintiff's counsel was in the process of preparing an email response that would have stated as follows: We oppose further extension. If you choose to seek an opposed extension, can you include the following as Plaintiff's position on the extension?

> Plaintiff opposes further extension. On October 10, 2017, the parties proposed a joint schedule to the Court with this brief due on January 12, 2018. Plaintiff filed its opposition and cross-motion on December 22, 2017. Defendant has received three extensions for this brief. Moreover, when Defendant sought its third extension on Friday, January 26, Plaintiff informed Defendant that it would not consent to any extensions beyond Tuesday, January 30.

12. However, at 4:16 pm, before Plaintiff's counsel was able to send her response email, she received an ECF notification that Defendant had already moved for an extension of time. *See* ECF No. 19. Defendant's Motion represents that Plaintiff's counsel had relayed no position on the request for an extension. *See id.* ¶ 6 ("Undersigned counsel reached out to

Plaintiff's counsel for her position on this motion, but has not heard back at the time of filing this motion.").

13. Plaintiff notes that counsel for Defendant has an obligation under Local Civil Rule 7(m) to make a good-faith effort to determine whether there is opposition to a motion for extension of time. Defendant's counsel allowed less than seventeen minutes between the sole outreach to Plaintiff's counsel and the filing of Defendant's Motion, which did not seek any emergency relief.

14. Plaintiff further notes that Defendant's Motion does not include a description of what Defendant knew to be Plaintiff's last-stated position—that is, as relayed by email on the evening of January 26, 2018, that Plaintiff "will not consent to any extensions beyond next Tuesday, January 30."

For the foregoing reasons, American Oversight opposes Defendant's Motion.

Dated: January 30, 2018

Respectfully submitted,

*/s/ Cerissa Cafasso*
Cerissa Cafasso
D.C. Bar No. 1011003
John E. Bies
D.C. Bar No. 483730

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
cerissa.cafasso@americanoversight.org
john.bies@americanoversight.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2018, I electronically filed a copy of the foregoing Opposition to Motion for Extension of Time. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Cerissa Cafasso*
Cerissa Cafasso